■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MCDANIEL, Appellant. [737 NYS2d 876] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rienzi, J.), rendered October 2, 2000, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Altman, J.P., Smith, Krausman, McGinity and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELRON MELVIN, Appellant. [737 NYS2d 877] —Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered April 6, 2000, convicting him of bail jumping in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's right to challenge the indictment on the ground of selective prosecution was forfeited by the entry of his plea of guilty (*see, People v Rodriguez,* 55 NY2d 776; *People v Gerber,* 182 AD2d 252, 261).

The defendant's remaining contention is without merit. Ritter, J.P., Feuerstein, O'Brien, H. Miller and Townes, JJ., concur.